UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE GAINER,

          Case No.      2:11-cv-14331

    Plaintiff,

v.          HONORABLE GERALD E. ROSEN

WAL-MART STORES EAST, L.P.,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the Opinion and Order, entered on March 28, 2013, granting defendant's Motion for Summary Judgment,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT is entered in favor of defendant and against plaintiff and the case is DISMISSED.

          DAVID WEAVER

Dated: March 28, 2013         By: s/Julie Owens
             Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 28, 2013, by electronic and/or ordinary mail.

         S/Julie Owens
         Case Manager, (313) 234-5135